No. 18,545.

WILLIAM FARRELL, *Appellant*, v. CHARLES SHEPARD
et al., *Appellees.*

Appeal from Jackson district court; OSCAR RAINES,
judge. Opinion filed January 10, 1914. Affirmed.

*James A. Troutman,* of Topeka, for the appellant.

*E. D. Woodburn, F. T. Woodburn,* and *A. E. Crane,*
all of Holton, for the appellees.

*Per Curiam:* Action to recover possession of horses taken
under a chattel mortgage executed by the husband and agent of
the mortgagor. She subsequently gave the horses to her son.
There is testimony that her husband was her agent, that she
knew of the existence of the note and mortgage shortly after
they were executed, and that she did not repudiate them nor the
act of her agent. There was a claim that the note was invalid
because it was given for an amount in excess of the price of the
horses and for an illegal purpose, but the jury have found that
there was no collusion or intention to defraud any one, and while
two or three of the findings are somewhat argumentative it can
not be held that they betray passion or prejudice. They were suf-
ficiently definite and appear to have support in the testimony.
As to obtaining possession of the horses, the jury have, in effect,
found that the appellant first refused the demand of the appellee
but finally yielded possession. No material error is found in
the instructions given by the court.

Judgment affirmed.